# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-1159**　　　　　　　　　　　　　　　　**September Term, 2023**

EPA-86FR31939

Filed On: October 3, 2023 [2020282]

State of Arizona, et al.,

    Petitioners

  v.

Environmental Protection Agency and
Michael S. Reagan, Administrator,

    Respondents

## **M A N D A T E**

    In accordance with the judgment of August 11, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                    BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk

Link to the judgment filed August 11, 2023